UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. NELMAN-THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, COUNTY OF MENDOCINO,<br><br>　　　　　Respondent. | Case No.  16-cv-06572-VC (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　On November 14, 2016, Joshua M. Nelman-Thomas, a prisoner at Mendocino County Sheriff's Office in Ukiah, California, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On the same day, the Clerk of the Court sent Nelson-Thomas a notice that he had not submitted an application to proceed *in forma pauperis* ("IFP").  See Doc. No. 2.  The Clerk included a copy of the Court's current IFP application and a return envelope, and directed Nelman-Thomas to either pay the $5.00 filing fee or file the completed IFP application within twenty-eight days of the notice to avoid dismissal of the action.  Doc. No. 2.  More than twenty-eight days have passed and Nelman-Thomas has not submitted a completed IFP application, paid the filing fee or otherwise communicated with the Court.

　　　　Therefore, it is ordered that this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall terminate all pending motions, and close the file.

　　　　**IT IS SO ORDERED.**

Dated:　January 18, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge